TOTAL TIME: ___ hours ___ minutes

DEPUTY CLERK _Deb_   HONORABLE _Droney_   mhrg (October 17, 2001)

RPTR/ERO/TAPE _Marshall_

DATE _10/17/03_   START TIME _12:40_   END TIME _1:15_

LUNCH RECESS FROM ___ TO ___

RECESS FROM ___ TO ___ (if more than 1/2 hour)

_Kipsky_

vs.

_Allstate_

CIVIL NO. _3:00CV1637CFD_

§
§
§
§
§

_Newman_
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

_Monnes_
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☒ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscelaneous Hearing

☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing

☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION
DOCUMENT NO.

☒ ... # Motion _for Summary Judgment_   ☐ granted ☐ denied ☒ advisement
☐ ... # Motion ___   ☐ granted ☐ denied ☐ advisement
☐ ... # Motion ___   ☐ granted ☐ denied ☐ advisement
☐ ... # Motion ___   ☐ granted ☐ denied ☐ advisement
☐ ... # Motion ___   ☐ granted ☐ denied ☐ advisement
☐ ... # Motion ___   ☐ granted ☐ denied ☐ advisement
☐ ... # Motion ___   ☐ granted ☐ denied ☐ advisement
☐ ... Oral Motion ___   ☐ granted ☐ denied ☐ advisement
☐ ... Oral Motion ___   ☐ granted ☐ denied ☐ advisement
☐ ... Oral Motion ___   ☐ granted ☐ denied ☐ advisement
☐ ... Oral Motion ___   ☐ granted ☐ denied ☐ advisement

☐ Brief(s) due ___   ☐ Proposed Findings due ___   Response due ___

☐ ... ___   ☐ filed ☐ docketed
☐ ... ___   ☐ filed ☐ docketed
☐ ... ___   ☐ filed ☐ docketed
☐ ... ___   ☐ filed ☐ docketed
☐ ... ___   ☐ filed ☐ docketed
☐ ... ___   ☐ filed ☐ docketed
☐ ... ___   ☐ filed ☐ docketed
☐ ... ___   ☐ filed ☐ docketed
☐ ... ___   ☐ filed ☐ docketed

☐ ... ___ Hearing continued until ___ at ___