# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONALD J. HIPSKY | : CIVIL ACTION NO. |
| | : 3:00CV1637 (CFD) |
| VS. | : |
| | : |
| ALLSTATE INSURANCE COMPANY | : NOVEMBER 24, 2003 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 15 of the Local Rules of this Court, undersigned counsel respectfully moves this Court to withdraw his appearance in the above-captioned matter on behalf of the Defendant. Other counsel from Day, Berry & Howard have appeared and will continue to represent the Defendant.

                      DEFENDANT,
                      ALLSTATE INSURANCE COMPANY

By:_____
    Michael L. Oh (ct 24532)
    Day, Berry & Howard LLP
    CityPlace I
    Hartford, Connecticut 06103-3499
    (860) 275-0100
    Its Attorneys

## **CERTIFICATION**

     THIS IS TO CERTIFY that a copy of the foregoing was mailed this date, via first-class mail, postage prepaid, to:

    Brian S. Newman, Esq.
    Attorney and Counselor at Law, P.C.
    191 West Stafford Road
    Suite C
    Stafford Springs, CT  06067

                                                            _____
                                                            Michael L. Oh