UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONALD J. HIPSKY | : CIVIL ACTION NO. |
| | : 3:00CV1637 (CFD) |
| VS. | : |
| | : |
| ALLSTATE INSURANCE COMPANY | : NOVEMBER 24, 2003 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 15 of the Local Rules of this Court, undersigned counsel respectfully moves this Court to withdraw his appearance in the above-captioned matter on behalf of the Defendant. Other counsel from Day, Berry & Howard have appeared and will continue to represent the Defendant.

DEFENDANT,
ALLSTATE INSURANCE COMPANY

By:_____
Michael L. Oh (ct 24532)
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
Its Attorneys